IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

James Jackson

    Plaintiff,                                  No. CIV S-02-2734 LKK CMK P

    vs.

S. Worley, et al.,

    Defendants.

_____/       <u>ORDER</u>

       On April 5, 2005, the court filed an order directing plaintiff to file a status report within thirty days and directing defendants to file a status report thirty days thereafter. Defendants filed a status report on June 3, 2005. To date, plaintiff has failed to file a status report.

       IT IS ORDERED that plaintiff shall show good cause for his failure to file a status report within thirty days from the date this order is filed   Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED:  June 27, 2005

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26