```
 1
 2
 3
 4
 5
 6
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Jackson, | No. CIV S-02-2734 LKK CMK P |
| Plaintiff, | |
| vs. | <u>ORDER TO SHOW CAUSE</u> |
| S. Worley, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 5, 2005, the court ordered the parties to file status reports within thirty days.  Plaintiff failed to do so.  On June 28, 2005, the court ordered plaintiff to show cause within thirty days for his failure to comply with the court's April 5, 2005 order to file a status report.  To date, plaintiff has not complied.

/ / /

/ / /

/ / /

/ / /

/ / /

1   IT IS ORDERED that plaintiff shall show cause in writing, within 20 days of the
2 date of service of this order, why this action should not be dismissed for lack of prosecution and
3 failure to comply with rules and court orders.  Failure to do so will result in a recommendation
4 that this action be dismissed.

6 DATED: October 20, 2005.

  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

2