IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JACKSON,

    Plaintiff,               No. CIV S-02-2734 LKK CMK P

    vs.

S. WORLEY,

    Defendant.              <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file and serve a response to the court's October 26, 2005 order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 8, 2005 application for an extension of time is granted; and

       2. Plaintiff shall file and serve a response to the court's October 26, 2005 order to show cause on or before November 29, 2005.

DATED: November 17, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE