1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES JACKSON,

11          Plaintiff,                    No. CIV S-02-2734 LKK CMK P

12      vs.

13   S. WORLEY,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          On October 26, 2005, the court ordered plaintiff to show cause, in writing, within

17   twenty days from the date of service of this order, why this case should not be dismissed for

18   failure to prosecute and failure to comply with rules and court orders.  In its October 26, 2005

19   order, the court noted that plaintiff failed to file a status report as ordered by the court on April 5,

20   2005 and failed to respond to the court's June 28, 2005 order to show cause why he had failed to

21   file a status report.

22          On November 8, 2005, plaintiff requested an application for an extension of time

23   to file a response to the October 26, 2005 show cause order.  The court granted plaintiff's

24   request, giving him until November 29, 2005 to file a response.  On December 7, 2005, plaintiff

25   filed a second request for an extension of time.  In the declaration accompanying plaintiff's

26   December 7, 2005 request for an extension of time, plaintiff explains that he was not able to file

a status report or respond to the court's previous orders due to a lockdown at his prison facility. In his declaration, plaintiff has explained his failure to comply with the court's previous orders. Accordingly, IT IS ORDERED THAT:

      1.  The October 26, 2005 order to show cause is discharged;

      2.  The June 28, 2005 order to show cause is discharged;

      3.  Plaintiff's "Application for an Enlargement of Time for Order to Show Cause" is denied as moot; and

      4.  Plaintiff is ordered to file a status report within thirty days from the date of this order. Should plaintiff be unable to file a status report, he must advise the court, in writing, of why he cannot comply with the court's order before the end of the thirty day period.   Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.


DATED:   January 6, 2006.


CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE