IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JACKSON,

     Plaintiff,                      No. CIV S-02-2734 LKK CMK P

    vs.

S. WORLEY,

     Defendant.               ORDER TO SHOW CAUSE

/

       Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. §1983. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

       On June 28, 2005, the court ordered plaintiff to show cause within twenty days for his failure to file a status report. Plaintiff did not comply with the court's order. On October 26, 2005, the court ordered plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court orders. On November 8, 2005 plaintiff requested an extension of time to reply to the order to show cause, which was granted on November 17, 2005. Plaintiff filed another application for an extension of time to show cause on December 7, 2005, which detailed why plaintiff was unable to file a status report. Plaintiff stated in his December 7, 2005 filing that he had just been taken off of lockdown and had been granted

1   "privilege status" to do research necessary to comply with court orders.  Plaintiff also informed
2   the court that as of November 17, 2005, he was again on lockdown status.

3           Accordingly, on January 9, 2006, the court discharged the October 26, 2005 order
4   to show cause and ordered plaintiff to file a status report within thirty days from the date the
5   order was filed.  Plaintiff was warned that failure to comply with the court's January 9, 2006
6   order could result the dismissal of this action pursuant to Local Rule 11-110.  To date, plaintiff
7   has not complied.

8           Plaintiff is advised that it is his responsibility to comply with orders issued by the
9   court.  Should plaintiff be unable to comply with court orders, it is his responsibility to keep the
10  court appraised of why he cannot comply; for example, plaintiff must keep the court appraised of
11  whether his lockdown status is preventing him from moving forward in this litigation.

12          IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20
13  days of the date of service of this order, why he has failed to comply with the court's January 9,
14  2006 order.

16  DATED:  February 28, 2006.

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

2